# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | * | CASE NO. 18-10148 |
| | * | |
| **CHATEAU CREOLE APARTMENTS, LLC** | * | Chapter 11 |
| | * | |
| | * | Section "A" |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## EX PARTE MOTION TO REOPEN BANKRUPTCY CASE

Federal National Mortgage Association d/b/a Fannie Mae ("Fannie Mae") files this Ex-Parte Motion to Reopen Bankruptcy Case of Chateau Creole Apartments, LLC ("Chateau") pursuant to 11 U.S.C. § 350 and, in support thereof, respectfully state as follows:

### BACKGROUND FACTS

1. On January 25, 2018, Debtor filed its first voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy court for the Eastern District of Louisiana, the First Bankruptcy Case. Damon J. Baldone ("Baldone") came to this Court seeking relief as the 100% owner of the Debtor. *See* Equity List of Equity Security Holders, at [R. Doc. No. 1], at p. 97.

2. Fannie Mae filed a proof of claim in the First Bankruptcy Case on April 24, 2018.

3. On January 2, 2019, Baldone sold his "right, title, and interest" in Debtor to Baldone Investment Group, LLC ("BIG"). On the same day that Baldone sold his "right, title, and interest" in Debtor to BIG, Debtor also filed the *Amended Plan of Reorganization as of October 10, 2018 with Immaterial Modifications as of January 2, 2019*. [R. Doc. No. 152].

4. Subsequently, on February 5, 2019, Debtor filed the *Amended Plan of Reorganization as of October 10, 2018 with Immaterial Modifications as of February 5, 2019* (the "Amended Plan of Reorganization"). [R. Doc. No. 192].

5. On February 20, 2019, the Bankruptcy Court entered the Confirmation Order. [R. Doc. No. 198].

6. On August 9, 2021, during the term of the Plan, Baldone, in his capacity as manager, executed a Multiple Indebtedness Mortgage, Pledge of Leases and Rents and Security Agreement (the "Mortgage") in favor of Lirette Investment Group, LLC ("LIG") against property of the Debtor.

7. This Case was closed on April 2, 2024.

8. On March 29, 2024, Debtor filed a second voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Louisiana, *In re Chateau Creole Apartments, LLC*, Chapter 11, Case No. 24-10608, Section "A" (the "Second Bankruptcy Case"). In the Second Bankruptcy Case, Debtor disclosed that BIG had 100% membership interest in the Debtor. Second Bankruptcy Case, at [R. Doc. No. 3].

9. Fannie Mae filed a proof of claim in the Second Bankruptcy Case on June 7, 2024.

10. Fannie Mae subsequently filed a Motion for Contempt and Motion to Appoint Trustee due to, including but not limited to, Baldone's various, inconsistent misrepresentations with respect to the ownership of the Debtor and/or collateral in this estate, as more detailed in the Motion for Contempt and Motion to Appoint Trustee in the Second Bankruptcy Case, at [R. Doc. Nos. 150, 152].

11. As discussed with the Court on November 7, 2024, Fannie Mae submits this Ex-Parte Motion to Reopen the Case in order to consider Fannie Mae's Motion for Contempt and consolidate the Motion for Contempt as necessary.

## **ARGUMENT**

12. Section 350 of the Bankruptcy Code provides that "[a] case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause." "'Other cause' is a generous term indeed, designed to encompass a broad panoply of circumstances which could not be anticipated by the drafters of the statute." *In re Doris Hofmann, 248 B.R. 79, 89 (Bankr. W.D. Tex. 2000).* In this case, there is evidence, specifically in Fannie Mae's Motion for Contempt at Second Bankruptcy Case, at [R. Doc. No. 150], that Baldone violated the Confirmation Order with the incorporated Amended Plan of Reorganization, at [R. Doc. No. 198], and made material misrepresentations to the Court as set forth in the Motion for Contempt.

13. In accordance with the instructions of this Court during the hearing on November 7, 2024, Fannie Mae requests this Court reopen the case in order to consider Fannie Mae's Motion for Contempt against Baldone for violating the Confirmation Order.

WHEREFORE, Fannie Mae respectfully requests that the bankruptcy case be reopened and for the Court to consider Fannie Mae's Motion for Contempt against Baldone and consolidate the Motion for Contempt as necessary.

FOR ALL THE FOREGOING REASONS, Fannie Mae respectfully requests that this Court:

A. Enter an Order granting the relief sought herein;

B. Grant such other and further relief as the Court deems just and proper.

Dated: November 20, 2024

Respectfully submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

*/s/ Edward Hank Arnold*
Edward H. Arnold, III (LA Bar No. 18767)
Katie L. Dysart (LA Bar No. 31449)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone (504) 566-5200
Facsimile (504) 636-4000
harnold@bakerdonelson.com
kdysart@bakerdonelson.com

**ATTORNEYS FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION D/B/A FANNIE MAE**