**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 18-10148 |
| CHATEAU CREOLE APARTMENTS, LLC, | § § § | CHAPTER 11 |
| DEBTOR. | § § § | SECTION A |
| IN RE: | § § § | CASE NO: 24-10608 |
| CHATEAU CREOLE APARTMENTS, LLC, | § § § | CHAPTER 11 |
| DEBTOR. | § § § | SECTION A |

## SCHEDULING ORDER

This Court held a status conference on November 26, 2024, to select a trial date and pretrial deadlines to resolve the *Federal National Mortgage Association's Motion For Contempt* ("Motion for Contempt"), [No. 24-10608, ECF Doc. 150], and the *Motion of Federal National Mortgage Association To Appoint a Chapter 11 Trustee* ("Trustee Motion"), [No. 24-10608, ECF Doc. 152].

Appearances:

    Ryan Richmond, counsel for the Debtor in Case No. 24-10608;
    Frederick Bunol, counsel of record for the Debtor in Case No. 18-10148;
    Hank Arnold, counsel for Federal National Mortgage Corporation ("Fannie Mae");
    Katie Dysart, counsel for Fannie Mae;
    Amanda George, United States Trustee;
    Erin Arnold, counsel for SBN V FNBC LLC;
    Leo Congeni, counsel for Damon J. Baldone; and
    Damon J. Baldone, key principal of Debtor.

For the reasons stated on the record,

**IT IS ORDERED:**

1.  Any discovery pertaining to the disputes in this contested matter must be completed on or before **Tuesday, December 31, 2024**.

2.  The deadline to respond to discovery requests is **SHORTENED** to fourteen (14) days.

3.  Responses to the Motion for Contempt and/or the Trustee Motion must be filed and properly served pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules on or before **Tuesday, January 7, 2025**.

4.  The parties in interest must review this Court's Amended General Order 2021-2 describing this *Court's Hybrid Model Plan for Conduct of Hearings*, available at https://www.laeb.uscourts.gov/ for specific instructions on conduct of evidentiary hearings and trials, including (i) remote witness testimony and (ii) timely filing of witness and exhibit lists and exhibits themselves.

5.  Trial will commence on **Tuesday, January 14, 2025, at 10:00 a.m. IN PERSON** at the U.S. Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana. Trial is estimated to last 1 day.

6.  The Court will record the Hearing but will not issue a contemporaneous transcript. If a party wishes to obtain an expedited transcript of the Hearing, they may hire a private transcriptionist who the Court can permit to access the proceeding to transcribe it. It is the requesting party's responsibility to cover the cost of a transcriptionist. The transcriptionist must transcribe the entire Hearing. The party must provide the Court with the transcriptionist's name and e-mail address by e-mailing sectionAorders@laeb.uscourts.gov by **Tuesday, January 7,**

**2025**. Unless there is good cause to decide otherwise, the Court will accept the transcriptionist's certified transcript of the entire Hearing as the official transcript. Once the requesting party receives the transcript, the transcriptionist must provide the transcript(s) directly to the Clerk's Office for docketing at Jennifer_Nunnery@laeb.uscourts.gov. If no party arranges for a contemporaneous transcription, a person may instead request that a transcript be prepared afterwards from the recording of the Hearing by e-mailing Jennifer Nunnery in the Clerk's Office at Jennifer_Nunnery@laeb.uscourts.gov. The requesting party will be responsible for covering the costs of the transcript before it will be made available by the Court.

    **IT IS FURTHER ORDERED** that Counsel for the Fannie Mae shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

    New Orleans, Louisiana, November 26, 2024.

                                                  MEREDITH S. GRABILL
                                        UNITED STATES BANKRUPTCY JUDGE