## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | * | CASE NO. 18-10148 |
| | * | |
| CHATEAU CREOLE APARTMENTS, LLC | * | Chapter 11 |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. has been retained as counsel to represent Federal National Mortgage Association ("FNMA") d/b/a Fannie Mae, and pursuant to § 1109(b) of the U.S. Bankruptcy Code, Rules 2002, 3017(a), and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned requests that all Notices given and required to be served in this case be given to and served upon the following:

> Katie L. Dysart
> BAKER DONELSON BEARMAN
> CALDWELL & BERKOWITZ, PC
> 201 St. Charles Avenue, Suite 3600
> New Orleans, Louisiana 70170
> Telephone: (504) 566-8611
> Facsimile: (504) 636-3904
> E-Mail: kdysart@bakerdonelson.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the U.S. Bankruptcy Code, the foregoing request includes the notice and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes without limitation, any plan of reorganization and objections thereto, and notice of any orders, pleadings, motions, applications, complaints,

demand, hearings, disclosure statements, answers, responses, memorandum of briefs in support of the foregoing and any other documents brought before the Court with respect to these pleadings, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise which affects or seeks to affect the above case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notice nor any subsequent appearance, pleading, claim or suit is intended to waive (i) the right of FNMA to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) the right of FNMA to a jury trial in any proceedings so triable herein, or in any case, controversy or proceeding related hereto; (iii) the right of FNMA to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which FNMA is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

    Respectfully submitted,

    **BAKER, DONELSON, BEARMAN,**
    **CALDWELL & BERKOWITZ, PC**

    By:      s/ Katie L. Dysart
         EDWARD H. ARNOLD, III (#18767)
         KATIE L. DYSART (#31449)
         201 St. Charles Avenue, Suite 3600
         New Orleans, Louisiana 70170
         Telephone: (504) 566-5200
         Facsimile: (504) 636-4000

    **ATTORNEYS FOR FEDERAL NATIONAL**
    **MORTGAGE ASSOCIATION D/B/A FANNIE**
    **MAE**

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of December, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to:

>Frederick L. Bunol
>Email: fbunol@derbeslaw.com

>Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee
>Email: amanda.b.george@usdoj.gov

and I hereby certify that I have sent by U.S. mail, the document to the following non-ECF participants:

>None

This the 10th day of December, 2024.

>>s/ Katie L. Dysart
>>KATIE L. DYSART